Opinion issued April 14, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00267-CV

———————————

IN RE Matthew Vere and Dilip Tandan, Relators



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION*

          By
petition for writ of mandamus, relators, Matthew Vere and Dilip Tandan,
challenge the trial court’s March 10, 2011 order compelling post-judgment discovery
and awarding sanctions.  We deny
the petition for writ of mandamus.   

 

PER CURIAM

Panel
consists of Justices Keyes, Sharp, and Massengale.

 











*
          The underlying case is Affordable Power, LP v. Matthew Vere et al.,
No. 956968 in the County Court at Law No. 1 of Harris County, Texas, the
Honorable R. Jack Cagle presiding.